UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANCELMO SIMEON MENDEZ LOPEZ,
NATIVIDAD SANTOS CALI ZAMBRANO,
on behalf of themselves and all others similarly situated,

                                Plaintiffs,

                                                                               **ORDER**
            -against-                                                CV 12-6324 (LDW)(ARL)

SETAUKET CAR WASH & DETAIL CENTER, et al.,

                                Defendants.
-----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is plaintiffs' motion seeking to adjourn the final conference scheduled for May 27, 2014, given the pendency of their motion to conditionally certify the action and in light of Judge Wexler's recent decision granting the plaintiffs leave to file a motion to amend. The defendants oppose the motion arguing that the pending motion poses no impediment to the final conference. Although the court appreciates the defendants' desire to resolve this matter in a timely fashion, given the pendency of the motions, the court believes that the more efficient approach is to grant the adjournment in order to give the court an opportunity to resolve the applications prior to the final conference. Accordingly, the final conference is adjourned to July 18, 2014 at 11:00 a.m. The parties are directed to electronically file a proposed joint pretrial order prior to the conference.

Dated: Central Islip, New York
           May 22, 2014

                                                                 /s/
                                                       ARLENE R. LINDSAY
                                                     United States Magistrate Judge