**F&A** **FRANK & ASSOCIATES, P.C.**
THE WORKPLACE LAW FIRM

NEIL M. FRANK, ESQ.
PETER A. ROMERO, ESQ.

April 17, 2015

**VIA ECF**

Hon. Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

Re: *Lopez v. Setauket Car Wash & Detail Center, et al.*
12-CV-6324 (LDW) (AYS)

Dear Judge Wexler:

This firm represents the Plaintiffs in this putative collective and class action lawsuit, which was brought to recover unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. §201 et seq. ("FLSA"), and the New York Labor Law, §650 et seq. ("NYLL"). We write to respectfully request a pre-motion conference. Plaintiffs intend to move for class certification of their NYLL claims pursuant to Rule 23. They seek certification of a class consisting of all present and past car wash attendants employed by Defendants during the applicable statutory period.

The Plaintiffs are former employees of Defendants who worked as car wash attendants and were employed by Defendants to assist in the cleaning of the interior and/or exterior of cars, or drying of cars, to do general maintenance work including cleaning machines, equipment and the premises.

It is undisputed, based upon Defendants' payroll records and their responses to Plaintiffs' written interrogatories that Defendants claimed an allowance for tips toward the statutory minimum hourly wage. Plaintiffs allege that Defendants are not entitled to a tip credit because they failed to meet the requirements of the rules promulgated by the Commissioner of Labor pursuant to the Minimum Wage Act. NYCRR §142-2.5(b) provides that tips may be considered as part of the minimum wage only if substantial evidence- such as a statement signed by the employee- is provided that (1) the employee received in tips at least the amount of the allowance claimed and (2) the allowance claimed by the employer is recorded on a weekly basis as a separate item in the wage record. In this case, Defendants have not provided statements signed by their employees that the employees received the amount of the allowance claimed and Defendants' principal testified at deposition that the allowance claimed by Defendants was not recorded on a weekly basis as a separate item.

Plaintiffs worked more than forty hours per week without being paid overtime at the rate of one and one-half times the statutory minimum hourly rate. Defendants' principal confirmed during his deposition that since 2012, Defendants' practice has been to calculate overtime by multiplying 1.5 times the hourly tip credit rate of $6.50, rather than 1.5 times the statutory minimum hourly rate and that this is the method used to calculate overtime for all car wash attendants.[1]

By Order entered June 17, 2014, the Court granted Plaintiffs' motion to conditionally certify a collective action pursuant to 29 U.S.C. §216(b) and directed Defendants to provide a list of car wash attendants employed for the six year period prior to the commencement of the lawsuit. To facilitate the notice, Defendants identified approximately 90 car wash attendants. (See attached Employee List).

Plaintiffs' FLSA and NYLL claims derive from a common nucleus of operative facts and out of the same alleged unlawful conduct of Defendants, i.e., that Defendants failed to pay Plaintiffs and putative Class Members overtime required by statute. This case satisfies all of Rule 23's requirements.

The class is so numerous that joinder of all members is impracticable. In the Second Circuit, courts presume that joinder is impracticable where the class exceeds 40 members. *Consolidated Rail Corp. v. Town of Hyde Park*, 47 F.3d 473, 483 (2d Cir. 1995). Here, it is undisputed that Defendants employed more than 80 car wash attendants during the applicable statutory period. Therefore, numerosity is satisfied.

Common questions of law and fact predominate over any questions affecting individual members because the proposed class was subject to the same practice of underpayment. The Named Plaintiffs' claims are typical of the proposed class members' claims. Plaintiffs' factual allegations and legal arguments apply to the proposed class across the board to all car wash attendants who have been denied minimum wages and overtime pay. The claims of the Plaintiffs and all other class members arise from the same course of conduct of Defendants and are based on the same legal claim – that Defendants breached their statutory obligations to pay the wages required by the NYLL. Therefore, typicality is satisfied.

The Named Plaintiffs will fairly and adequately protect the interests of the class because Plaintiffs' counsel has extensive experience litigating wage and hour cases under the FLSA and NYLL both in class actions and in individual suits. The Named Plaintiffs share identical claims with the proposed class members and they do not have any interests that are antagonistic to the proposed class members.

---

[1] Plaintiffs allege that prior to 2012, Defendants failed to pay any overtime. It is undisputed that Defendants failed to maintain and preserve weekly records which show for each employee the number of hours worked daily as required by NYCRR §142-2.6.

**FRANK & ASSOCIATES, P.C.**

Finally, a class action is superior to litigation by individual plaintiffs because resolving the common issues on a class-wide basis will create uniform resolution of the issues under state and federal law and achieve judicial economy, convenience and fairness to all parties.

Accordingly, Plaintiffs respectfully request that this Court schedule a pre-motion conference to establish a briefing schedule in connection with their contemplated motion for class certification of their NYLL claims pursuant to Rule 23

*Respectfully submitted,*

FRANK & ASSOCIATES, P.C.

Peter A. Romero, Esq.

cc: Saul D. Zabell, Esq. via ECF

Counseling and Advising Clients Exclusively on Laws of the Workplace

**Zabell & Associates, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

Zabell & Associates, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel. 631-589-7242
Fax. 631-563-7475
www.Laborlawsny.com

**Saul D. Zabell**
Email: SZabell@laborlawsny.com

August 4, 2014

<u>*VIA* FIRST CLASS MAIL &</u>
<u>*VIA* ELECTRONIC MAIL</u>

Peter A. Romero, Esq.
Frank & Associates, P.C.
500 Bi-County Boulevard, 112N
Farmingdale, NY 11735

    Re:  <u>Lopez, et al. v. Setauket Car Wash & Detail Center, TLCW, Inc., et al.</u>
          <u>Case No.: 12-CV-6324 (LDW)(ARL)</u>

Dear Peter:

    Enclosed please find Defendants' list of Setauket Car Wash employees and last known addresses over the past six year period. All individuals who were not car wash attendees have been redacted.

    Please contact me should you have further questions regarding the enclosed.

Very truly yours,

ZABELL & ASSOCIATES, P.C.

Saul D. Zabell

Encl.

| Name | Status | Address | City | State | Zip |
|---|---|---|---|---|---|
| Agnetti, Ke | DFLT | Keegan E. Agnetti, 31 Dogwood Avenue | Farmingville | NY | 11738 |
| Alvarez, A | DFLT | Adonal Alvarez, 2 Dayton Avenue | Pt. Jeff. Station | NY | 11776 |
| Antelo, Al | DFLT | Alcides Antelo, 200 Terryville St | Pt. Jefferson | NY | |
| Benitez, N | DFLT | Noe Benitez, 621 Old Town Rd | Port Jefferson | NY | |
| Benitez, R | DFLT | Rene Benitez, 1510 Main Street | Port Jeff. Station | NY | 11776 |
| Bonilla, E | DFLT | Eucebio Bonilla, 700 Rt. 25A | Setauket | NY | 11733 |
| Bree, Edwa | DFLT | Edward W. Brea, 12 Cabin Lane | East Setauket | NY | 11733 |
| Cabrera, Ef | DFLT | Efrain R. Cabrera, 10 Dillon Avenue | Pt. Jefferson | NY | 11776 |
| Canales, J | DFLT | Jorge Canales, 1510 Main Street Apt. B | Port Jefferson | NY | 11777 |
| Castro, Al | DFLT | Alberto Castro, 483 Lake Avenue Apt. #3 | St. James | NY | 11780 |
| Castro, Jo | DFLT | Jose L. Castro, 11 William Street | Port Jefferson | NY | 11776 |
| Castro, Ne | DFLT | Nelson R. Castro, 18 Reo Avenue | Pt. Jeff. Station | NY | 11776 |
| Cruz, Carl | DFLT | Carlos M. Cruz, 12 Radburn Lane | Pt. Jefferson Stat. | NY | 11776 |
| Diaz, Josu | DFLT | Josue Diaz, 10 Grand Avenue | Pt. Jeff. Station | NY | 11776 |
| Diaz, Walt | DFLT | Walter Diaz, 2 Dayton Avenue | Pt. Jefferson | NY | 11777 |
| Dilone, Jo | DFLT | Jorge A. Dilone, 10 Grand Avenue | Pt. Jeff. Station | NY | 11776 |
| Dimech, Ed | DFLT | Edwin R. Dimech, 5 Caterham Lane | Setauket | NY | 11733 |
| Dmiguel J | DFLT | Jose D'Miguel, 139 Brookfield Avenue | Center Moriches | NY | 11934 |
| Ernis, Reye | DFLT | Ernis Reyes, 10 Dillion Ave | Port Jeff Station | NY | 11776 |
| Espinal, R | DFLT | Raul Espinal, 18 Superior St | Pt. Jefferson | NY | 11776 |
| Euceda, Jo | DFLT | Jose M. Euceda, 4 Aromer Drive | Pt. Jefferson Sta | NY | 11776 |
| Fellows, T | DFLT | Thomas J. Fellows, 7 Ballad Place | Stony Brook | NY | 11790 |
| Fields, Ch | DFLT | Christopher Fields, 1200 Coates Ave | Holbrook | NY | 11741 |
| Flores, Cl | DFLT | Cleofes Flores, 1510 Main St. Apt. B | Pt. Jefferson | NY | 11777 |
| Flores, Jo | DFLT | Jose Flores, 34 Houston Ave | Port Jefferson | NY | 11777 |
| Foth, Mich | DFLT | Michael T. Foth, 526 Grundy Avenue | Holbrook | NY | 11741 |
| Fuentes, J | DFLT | Jose Iasis Fuentes, 7523 Main Street | Port Jefferson | NY | 11776 |

| | | |
|---|---|---|
| Garcia, Ye    DFLT<br>Yesinia Garcia<br>69 Sound Avenue<br><br>Calverton    NY  11933 | Giannico,    DFLT<br>Christopher Giannico<br>Four Villet<br><br>East Setauket    NY  11733 | Gon, Mario    DFLT<br>Mario Gonzalez<br>18 David Avenue<br><br>Pt. Jefferson Stat.    NY  11776 |
| Gonzalez,    DFLT<br>Carlos Gonzalez<br>Dayton Avenue<br><br>Pt. Jefferson    NY  11777 | Hernand, H    DFLT<br>Hector Hernandez<br>11 William Street<br><br>Pt. Jefferson    NY  11777 | Hernand, S    DFLT<br>Santo Hernandez<br>100 Oak Avenue<br><br>Hempstead    NY  11550 |
| Hernandez    DFLT<br>Jose Hernandez<br>700 Rt. 25A<br><br>Setauket    NY  11733 | Hernandez,    DFLT<br>Ramon O. Hernandez<br>11 William St<br><br>Port Jefferson    NY  11777 | Jimenez, J    DFLT<br>Jose D. Jimenez<br>15-25 Main Street<br><br>Pt. Jefferson    NY  11777 |
| Jorge,Uman    DFLT<br>Jorge E. Umana<br>139 Norwood St<br><br>Port Jefferson    NY  11776 | Lopez Ance    DFLT<br>Ancelmo Lopez<br>812 Sound Avenue<br><br>Calverton    NY  11933 | Lopez, Elv    DFLT<br>Elvis M. Lopez<br>35 Boyle Lane<br><br>Patchogue    NY  11772 |
| Lopez, Hen    DFLT<br>Henry R. Lopez<br>149 Norwood Avenue<br><br>Pt.Jefferson Stat.    NY  11766 | Lynch, Con    DFLT<br>Connor Lynch<br>59 Thompson Hay Path<br><br>Setauket    NY  11733 | Maldon,Ab    DFLT<br>Abimael Maldonado<br>62 Federal Lane<br><br>Coram    NY  11727 |
| Maldonado    DFLT<br>Santiago Maldonado<br>26 Pearl Street<br><br>Inwood    NY  11096 | Maldonado,    DFLT<br>Jervir Maldonado<br>83 Andriano Avenue<br><br>E. Patchogue    NY  11772 | Martinez J    DFLT<br>Jose O. Martinez<br>11 William Street<br><br>Pt. Jefferson    NY  11733 |
| Martinez R    DFLT<br>Ronald Martinez<br>812 Sound Avenue<br><br>Calverton    NY  11933 | Martinez,R    DFLT<br>Ruben F. Martinez<br>147 Patchogue Avenue<br><br>Patchogue    NY  11772 | [redacted] |
| Mejia, Cat    DFLT<br>Catalino Mejia<br>34 Homestead Avenue<br><br>Pt.Jefferson Station    NY  11776 | [redacted] | Mendez, He    DFLT<br>Hernan E. Mendez<br>12 Radbur Avenue<br><br>Pt. Jefferson Sta    NY  11777 |
| Mendez, Si    DFLT<br>Simon Mendez<br>69 Sound Avenue<br><br>Caverton    NY  11933 | Mendoza, J    DFLT<br>Jesus Mendoza<br>27 First Avenue<br><br>Central Islip    NY  11722 | Mendoza, O    DFLT<br>Oscar D. Mendoza<br>35 Cresent Drive<br><br>Pt. Jeff. Station    NY  11776 |
| Mendoza,Os    DFLT<br>Oscar D. Mendoza<br>35 Cresent Drive<br><br>Port Jeff Station    NY  11776 | Morales, M    DFLT<br>Mario R. Morales<br>14 4th Street<br><br>Coram    NY  11727 | [redacted] |

| | | |
|---|---|---|
| Natividad,  DFLT<br>Santos Natividad<br>2 Dayton Avenue<br><br>Pt. Jefferson Stat.   NY  11776 | new  DFLT<br>&lt;First Name&gt; &lt;Last Name&gt;<br><br><br>.   NY | Ordonez, I  DFLT<br>Ivan Ordonez<br>14 Salem Rd<br><br>Centreach   NY  11722 |
| Ortega,Ser  DFLT<br>Sergio Ortega<br>331 Janye Blvd<br><br>Pt. Jefferson Stat   NY  11776 | Perez, Mar  DFLT<br>Mario Perez<br>18 Atlantic Avenue<br><br>East Moriches   NY  11940 | Pineda, De  DFLT<br>Dennis Pineda<br>35 N. Colubia Street<br><br>Pt. Jeff. Station   NY  11777 |
| Poat, Mich  DFLT<br>Michael D. Poat<br>135 Sycamore Circle<br><br>Stony Brook   NY  11790 | Ramos, Rob  DFLT<br>Roberto C. Ramos<br>12 Linden Place<br>Aprt. 3A<br>Pt. Jefferson   NY  11777 | Reyes, J  DFLT<br>Juan F. Reyes<br>1510 Main St.<br>Apt. B<br>Pt. Jefferson   NY  11777 |
| Reyes, Jai  DFLT<br>Jaime Reyes<br>10 Dillon Ave<br><br>Port Jefferson   NY  11776 | Reyes,Jaim  DFLT<br>Jaime E. Reyes<br>1610 Main Street<br>Apt B<br>Pt. Jefferson   NY  11776 | Rivera, Os  DFLT<br>Oscar Rivera<br>20 Maple Road<br><br>Port Jefferson   NY  11777 |
| Rodrigez,O  DFLT<br>Omar Rodrigez<br>63 Clinton Avenue<br><br>Pt. Jefferson   NY  11776 | Rodriguez  DFLT<br>Marcos Rodrigues<br>30 Maple Avenue<br><br>Pt. Jefferson   NY  11777 | Rodriguez,  DFLT<br>Armando Rodriguez<br>2 Dayton Avenue<br><br>Pt. Jeff. Station   NY  11776 |
| Rodriques,  DFLT<br>Armando M. Rodriguez<br>18 Doris Ave<br><br>Port Jeff. Station   NY  11776 | Rogel,Anto  DFLT<br>Antonio M. Rogel<br>136 Green Haven Drive<br><br>Pt.Jeff. Station   NY | RoyReginal  DFLT<br>Reginald Roy<br>67 Hoober Street<br><br>Port Jeff Station   NY  11776 |
| Sagast  DFLT<br>Estuardo Sagastume<br>69 Sound Avenue<br><br>Calverton   NY  11933 | Sagastume  DFLT<br>Arturo Sagastume<br>812 Sound Avenue<br><br>Calverton   NY  11933 | Sagastume,  DFLT<br>Hector Sagastume<br>18 Atltantic Avenue<br><br>East Moriches   NY  11940 |
| Santos, Jo  DFLT<br>Jose Santos<br>15-25 Main Street<br><br>Port Jefferson   NY  11777 | [REDACTED] | Smith, Ale  DFLT<br>Alex E. Smith<br>70 Oneida Aven<br><br>S. Setauket   NY  11720 |
| [REDACTED] | Sweeney, B  DFLT<br>Brian Sweeney<br>1152 N. Country Road<br><br>Stony Brook   NY | Turcios,Ja  DFLT<br>Javier Turcios<br>30 Mayple Ave<br><br>Port Jefferson   NY  11776 |

| | | |
|---|---|---|
| Urbina, Os   DFLT<br>Oscar Urbina<br>14 East Elm St<br><br>Central Islip         NY   11722 | Vasques, A   DFLT<br>Alfredo Vasques<br>4 Ardmer Drive<br><br>Port Jefferson         NY | Vasquez, L   DFLT<br>Luis A. Vasquez<br>28 Cresant Drive<br><br>Pt. Jefferson Sta.         NY   11766 |
| Villatore   DFLT<br>Jose Villatore<br>14 Gliptone Place<br><br>Port Jefferson         NY   11776 | Zabala, Wl   DFLT<br>Wilson Zabala<br>362 Rt. 25A<br><br>Mt.Sinai         NY   11766 | |