FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 0 1 2016 ★
LONG ISLAND OFFICE

LOPEZ v. SETAUKET CAR WASH, ET AL.
VERDICT SHEET

I. **Liability**

1. Did Plaintiff Blas ALVARADO prove by a preponderance of the evidence that he was not paid proper overtime wages during the time of his employment?

    YES _____    NO __✓__

    Proceed to Question Number 2.

2. Did Plaintiff Nelson GARCIA prove by a preponderance of the evidence that he was not paid proper overtime wages during the time of his employment?

    YES _____    NO __✓__

    Proceed to Question Number 3.

3. Did Plaintiff Denis OMAR prove by a preponderance of the evidence that he was not paid proper overtime wages during the time of his employment?

    YES _____    NO __✓__

    Proceed to Question Number 4.

4. Did Plaintiff Jaime REYES prove by a preponderance of the evidence that he was not paid proper overtime wages during the time of his employment?

    YES _____    NO __✓__

    Proceed to Question Number 5.

5. Did Plaintiff Santos Dagoberto ZEPEDA prove by a preponderance of the evidence that he was not paid proper overtime wages during the time of his employment?

    YES _____    NO __✓__

Proceed to Question Number 6 ONLY if you answered YES to
ANY question from Question 1 to Question 5.

If you answered NO to ALL of the questions from Question 1 through Question 5, you are finished and may return to the Courtroom.

[Signed: Lori Katz-Keller 12/1/16] [Foreman for the Jury]

COURT EXHIBIT 2
12-CV-6324

-1-

## II. Damages

6. If your answer to Question 1 was "YES," what is the amount due to Plaintiff ALVARADO for unpaid overtime compensation?

   For April 2011 thru March 2013    $ _____
   For Nov. 2009 thru March 2011     $ _____
   For March 2007 thru Oct. 2009     $ _____

   Proceed to Question 7.

7. If your answer to Question 2 was "YES," what is the amount due to Plaintiff GARCIA for unpaid overtime compensation?

   For April 2011 thru Feb. 2015     $ _____
   For Nov. 2009 thru March 2011     $ _____
   For Jan. 2009 thru Oct. 2009      $ _____

   Proceed to Question 8.

8. If your answer to Question 3 was "YES," what is the amount due to Plaintiff OMAR for unpaid overtime compensation?

   For Nov. 2009 thru 2010           $ _____
   For Oct. 2007 thru Oct. 2009      $ _____

   Proceed to Question 9.

9. If your answer to Question 4 was "YES," what is the amount due to Plaintiff REYES for unpaid overtime compensation?

   For April 2011 thru February 2014 $ _____
   For May 2010 thru March 2011      $ _____

   Proceed to Question 10.

10. If your answer to Question 5 was "YES," what is the amount due to Plaintiff ZEPEDA for unpaid overtime compensation?

    For Nov. 2009 thru 2010    $ _____

    For Oct. 2007 thru Oct. 2009    $ _____

Proceed to Question 11.

11. Was Defendant Setauket Car Wash's conduct willful?

    YES \_\_\_\_\_    NO \_\_\_\_\_

Proceed to Question 12.

12. Was Defendant Steven Saviano's conduct willful?

    YES \_\_\_\_\_    NO \_\_\_\_\_