**United States District Court**
**Eastern District Of New York**
------------------------------X
Lopez, et al
                **Plaintiff(s)**

 -against-

Setauket Car Wash & Detail Center, et al
                **Defendant(s)**
------------------------------X

**JUDGMENT IN A CIVIL CASE**

12-CV-6324 (LDW)(AYS)

   **X**   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

        **Decision by Court**. This action came to trial/hearing before the Court. The issues have been tried/heard and a decision has been rendered.

    Upon completion of a trial by jury on 1/12/2016, the following are **HEREBY ORDERED AND ADJUDGED:** 1) plaintiff Ancelmo Simeon Mendez Lopez be awarded damages for unpaid overtime compensation against the defendants in the amount of $1,859.00; 2) plaintiff Santos Natividad Cali Zambrano be awarded damages for unpaid overtime compensation against the defendants in the amount of $1,043.00; 3) plaintiff Noe Aguilar Canas take nothing of the defendants and that his claims be dismissed on the merits.

    Upon completion of a trial by jury on 12/1/2016, it is **HEREBY ORDERED AND ADJUDGED** that plaintiffs Blas Alvarado, Nelson Garcia, Denis Omar, Jaime Reyes and Santos Dagoberto Zepeda take nothing of the defendants and that their claims be dismissed on the merits.

                                    **DOUGLAS C. PALMER**
                                    Clerk of the Court

                                  *Eric L. Russo*
                                  By: Eric L. Russo
                                  Deputy Clerk

Dated: December 16, 2016
Central Islip, New York